The People of the State of New York, Respondent, v. Alfred Collier, Appellant, Impleaded with John Carlson.— Motion granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York ex rel. Max Brown, Relator, v. James G. Tighe, etc., Respondent.— Motion for stay granted.  Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

The People of the State of New York ex rel. Sophie B. De Frece, Relator, v. Richard Lathers and Others, Respondents.— Motion denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York ex rel. Herman Fells, Relator, v. The Municipal Court of the City of New York, Borough of Brooklyn, Second District, and John R. Farrar, as a Justice of Said Court, Respondents.— Motion granted, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Thomas Regan, Respondent, v. Manhattan Refrigerating Company, Appellant.— Motions denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Jacob Schorr, Respondent, v. Patrick J. Frawley, Appellant.— Motion denied, on condition that the appellant pay the respondent ten dollars costs, perfect his appeal, place the case at the foot of the present calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Louis W. Severy, Respondent, v. Herman H. Sanders, Appellant.— Motion to vacate order dismissing appeal denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Shamrock Stock Food Company, Appellant, v. Rudolph J. Lueck and William Meyers, Partners, etc., Respondents.— Motion denied on condition that the appellant perfect its appeal within ten days, place the case at the foot of the present calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Michael Timpano, Respondent, v. Giacchino Vitolo and Another, Appellants. — Motion denied on condition that the appellants pay ten dollars costs, perfect their appeal, put the case at the foot of the present calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

William M. Young, Appellant, v. James O'Connor, Defendant, and Jessie O'Connor, Respondent.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The following cases are to be reargued, and are set down for reargument respectively on Tuesday, January 24, 1911.  The rearguments are required in view of the changes in the personnel of the court, and not for the further enlightenment of the court.  Respective parties, if they desire, may submit their cases upon the arguments heretofore made.  Fox v. Fox; Hudson River Blue Stone Company v. Huntington; Baldwin v. Locomobile Company of America;